IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW YORK LIFE INSURANCE CO.,    :
         Plaintiff,   :
                    :          CIVIL ACTION
   v.                   :          NO. 15-736
                    :
REBECCA LEGAULT et al.,      :
        Defendants.  :

## ORDER

AND NOW, this 23rd day of October, 2015, upon consideration of the full record, including Rebecca Legault's  Motion for Judgment on the Pleadings against Sharon Paige,[i] (Dkt No. 13),[ii] Francesco Papaleo's Response, (Dkt No. 19), Ms. Paige's Reply to Mr. Papaleo's Response, (Dkt No. 24), Ms. Paige's Response, (Dkt No. 27), and addendum thereto,[iii] and Ms. Legault's Reply, (Dkt No. 29), it is hereby ORDERED that said Motion is GRANTED insofar as Ms. Paige is DISMISSED from this case and is barred from (a) asserting any right, title, or interest in or to the Annuities[iv] and (b) asserting any claim against Ms. Legault, her agents, representatives, heirs and assigns relating to the Annuities or this lawsuit.

FURTHER, upon consideration that Ms. Paige is dismissed from this lawsuit, Ms. Paige's Motion in Limine, (Dkt No. 21), is hereby DISMISSED AS MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.

---

[i] Ms. Paige is alternatively referred to as "Alfred Ricco." Ms. Paige signed all court filings as "Ms. Paige." The Court will refer to this claimant as "Sharon Paige."

[ii] In Ms. Legault's original Motion for Judgment on the Pleadings, she moved against both Ms. Paige and Mr. Papaleo. However, following Mr. Papaleo's appearance on the record and responses, Ms. Legault has withdrawn her motion against Mr. Papaleo. (Dkt No. 29 at 3-4.)

[iii] On September 17, 2015, Ms. Paige filed a Response, (Dkt No. 21), and an addendum thereto on September 18, 2015. (Dkt No. 23.) On September 29, 2015, Ms. Paige refiled her Response. (Dkt No. 27.)

[iv] The Annuities at issue are New York Life Insurance Company annuity number R 00 079 95, issued on May 19, 2009, and New York Life Insurance Company annuity number R 00 097 21, issued on January 20, 2010.